M. D. BAER and MRS. DORA TARLINSKY, *Plaintiff in Error,* v. GENERAL MOTORS ACCEPTANCE CORPORATION, a corporation, *Defendant in Error.*

Opinion filed February 13, 1931.

*M. L. Stephens,* for Plaintiffs in Error;
*Elliott Adams,* for Defendant in Error.

916

920

924

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and adjudged by the Court that the judgment of the court below should be, and the same is hereby, affirmed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.